CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
SHANY KLEIN, CA STATE BAR NO. 349868
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com
shany.klein@berliner.com

ATTORNEYS FOR DEFENDANTS CLINTON WOODLEY,
SHEILA MARKERT AND ELCOR ELECTRIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RELATOR LLC, *ex rel.* UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLINT WOODLEY, an individual; SHEILA MARKERT, an individual; ELCOR ELECTRIC, INC., a California corporation, and DOES 1-10,<br><br>Defendants. | CASE NO.  3:24-cv-1003-WHO<br><br>ORDER DISMISSING DEFENDANTS CLINTON WOODLEY AND SHEILA MARKERT'S CASE WITHOUT PREJUDICE<br><br>Courtroom: 2<br>Judge:     Hon. William H. Orrick<br>RE:        Dkt. No. 42<br>Case Filed: February 20, 2024 |

The Court issued an order, on February 3, 2026, granting defendants' motion to dismiss Plaintiff's complaint in part with leave to file an amended complaint that states plausible claims against the individual defendants, Clinton Woodley and Sheila Markert, within twenty-one (21) days. (the "Order") (Dkt. No. 42.)

In the Order, the Court held that Relator's complaint against the individual Defendants is DISMISSED for failure to allege fraud.  (*Id.*, p. 10, ¶ 15-18). Additionally, the Court stated that Relator failed to adequately plead any one of the meanings of scienter and failed to allege facts against the individual defendants." (*Id.*, p. 11, 3-7).

The Court granted Relator twenty-one (21) days, until February 24, 2026, to file an amended complaint that states plausible claims against the individual defendants. Plaintiff did not file an amended complaint with the Court in this action.

Accordingly, and, in light of the Court's prior order granting Defendants' motion to dismiss in part, the Court hereby orders that this matter is DISMISSED WITHOUT PREJUDICE as to the individual Defendants, Clinton Woodley and Sheila Markert.

IT IS FURTHER ORDERED THAT Defendant, Elcor Electric Inc., shall file an Answer to Plaintiff's Complaint within twenty-one (21) days of the date of this order.

**SO ORDERED.**

DATED:  FEBRUARY 27, 2026

BY: _____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE


APPROVED AS TO FORM.


DATED:  FEBRUARY 27, 2026          HECHT PARTNERS LLP


BY:  /S/KATHRYN LEE BOYD
KATHRYN LEE BOYD
ATTORNEYS FOR PLAINTIFF RELATOR LLC


CIVIL LOCAL RULE 5-1(i) ATTESTATION


Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence of the foregoing document was obtained from counsel.

/s/Shany Klein